SARAH A. GOOD (No. 148742)
Email: sgood@howardrice.com
JEREMY T. KAMRAS (No. 237377)
Email: jkamras@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:   415/677.6262

Attorneys for Defendant
CHRISTOPHER SELLS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SELLS and TIMOTHY MURAWSKI,<br><br>Defendants. | No. C 11-04941 CW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS COMPLAINT** |

WHEREAS, the Securities and Exchange Commission ("SEC") filed the above-captioned action on October 6, 2011 against Defendants Christopher Sells and Timothy Murawski, alleging violations of federal securities laws;

WHEREAS, Defendants timely waived service of summons pursuant to Federal Rule of Civil Procedure 4(d) (Docket Nos. 9, 15);

WHEREAS, any answer or motion to dismiss the SEC's Complaint is currently due December 5, 2011;

WHEREAS, Defendants Sells and Murawski plan to file motions to dismiss the Complaint filed by the SEC;

WHEREAS, the Court has scheduled a Case Management Conference in the above-captioned case for April 19, 2012 at 2:00 p.m. (Docket No. 17);

WHEREAS, the parties have met and conferred regarding a briefing and hearing schedule for the planned motions to dismiss;

WHEREAS, the parties wish to schedule the hearing on Defendants' planned motions to dismiss for the April 19, 2012 Case Management Conference;

WHEREAS, the parties wish to work cooperatively on a briefing schedule on Defendants' planned motions to dismiss;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. Defendants shall file any motions to dismiss the Complaint, or otherwise respond to the Complaint, on or before December 9, 2011;

2. Plaintiff shall file any opposition brief to a motion to dismiss on or before January 13, 2012;

3. Defendants shall file any reply brief on a motion to dismiss on or before February 7, 2012;

4. The hearing on any motions to dismiss the Complaint shall be set for <u>April 19, 2012 at 2:00 p.m.</u>, or as soon as available thereafter.

**IT IS SO STIPULATED.**

DATED: December 1, 2011.

SARAH A. GOOD
JEREMY T. KAMRAS
HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

By: _____/s/ Sarah A. Good_____
      SARAH A. GOOD

Attorneys for Defendant
CHRISTOPHER SELLS

DATED: December 1, 2011.

ELLIOT R. PETERS
KEKER & VAN NEST, LLP

By: _____/s/ Elliot R. Peters_____
      ELLIOT R. PETERS

Attorneys for Defendant
TIMOTHY MURAWSKI

DATED: December 1, 2011.

MARC J. FAGEL
MICHAEL S. DICKE
SUSAN F. LAMARCA
SHEILA E. O'CALLAGHAN
CAMERON P. HOFFMAN

By: _____/s/ Sheila E. O'Callaghan_____
      SHEILA E. O'CALLAGHAN

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

[~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: December 2, 2011.

_____Claudia Wilken_____
Hon. Claudia Wilken
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sarah A. Good, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a conformed signature (/s/) within this electronically-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of December, 2011, at San Francisco, California.

SARAH A. GOOD
HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN
A Professional Corporation


By: /s/ Sarah A. Good
      SARAH A. GOOD

Attorneys for Defendant
CHRISTOPHER SELLS