IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

CHRISTOPHER SELLS and TIMOTHY MURAWSKI,

    Defendants.
_____/

No. C 11-4941 CW

ORDER REGARDING SCHEDULE FOR MOTION TO DISMISS AND MOTION TO STRIKE

    Having considered the stipulation submitted by Plaintiff Securities and Exchange Commission and Defendant Christopher Sells on December 14, 2011, Defendant Timothy Murawski's joinder in support of Sells' motion to dismiss, and the Court's December 22, 2011 order, the Court orders the following.

    On or before January 13, 2012, the SEC shall file a consolidated opposition to Sells' motion to dismiss and motion to strike, as well as Murawski's joinder, in a brief not to exceed thirty-five pages.

    On or before February 7, 2012, Sells and Murawski may submit a consolidated reply not to exceed fifteen pages.

    The hearing on the motion to strike and the motion to dismiss is set for April 19, 2012 at 2:00 pm.

    IT IS SO ORDERED.

Dated: 12/16/2011

CLAUDIA WILKEN
United States District Judge