1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SARAH A. GOOD (SBN 148742)
2   sarah.good@pillsburylaw.com
    JEFFREY JACOBI (SBN 252884)
3   jeffrey.jacobi@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendant
7   CHRISTOPHER SELLS

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11   _____
                                              )
12   SECURITIES AND EXCHANGE                  )    No. 4:11-cv-04941-CW
     COMMISSION,                              )
13                                            )    [PROPOSED] ORDER GRANTING
                                Plaintiff,    )    SUBSTITUTION OF COUNSEL FOR
14                                            )    DEFENDANT CHRISTOPHER SELLS
                                              )
15        vs.                                 )
                                              )
16   CHRISTOPHER SELLS and TIMOTHY            )
     MURAWSKI,                                )
17                                            )
                                Defendants.   )
18   _____)

19        Upon review of the Notice of Substitution of Counsel submitted by Christopher

20   Sells, Defendant in the above-referenced matter, the Court hereby ORDERS as follows:

21   Sarah A. Good and Jeffrey Jacobi of Pillsbury Winthrop Shaw Pittman LLP shall serve as

22   attorneys of record for Defendant Christopher Sells.  Jeremy T. Kamras, Emily H. Wood

23   and John T. Yow of the law firm of Arnold & Porter LLP are relieved as counsel for the

24   Defendant.

25

26

27

28

1    IT IS SO ORDERED.

2    Dated: _____5/24/2012_____.

3

4    _____

5                  Honorable Claudia Wilken
                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28