IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

  v.

CHRISTOPHER SELLS, et al.,

    Defendants.
_____/

No. C 11-04941 CW

ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel answers to interrogatories, requests for admission, and production of documents, and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, August 30, 2012, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 7/31/2012

                             CLAUDIA WILKEN
                             United States District Judge

cc: MagRef; Assigned M/J w/mo.