UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER SELLS and others,<br><br>    Defendants. | Case No.  11-cv-04941 CW (NC)<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. Nos. 47, 49 |

District Judge Wilken referred all discovery matters in this action to this court. Dkt. No. 52. The briefing schedule with respect to the motion to compel filed by Murawski will remain the same. The court will hold a hearing on the motion on August 29, 2012, at 9:00 a.m.

In accordance with Judge Wilken's order and this court's standing order, the parties may file a discovery letter brief by August 2, 2012, with respect to the depositions of Hirsch and Restani.

IT IS SO ORDERED.

Date: July 31, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-04941 CW (NC)
ORDER SETTING BRIEFING
SCHEDULE