IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURRY, | No. C 09-5094 CW |
|       Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
|   v. | |
| HANSEN MEDICAL, INC., et al., | |
|       Defendants. / | |
| SECURITIES AND EXCHANGE COMMISSION, | No. C 11-04941 CW |
|       Plaintiff, | |
|   v. | |
| CHRISTOPHER SELLS, et al., | |
|       Defendants. / | |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the joint discovery letter brief and **all discovery motions** filed in the above-captioned case are referred to Magistrate Judge Cousins, along with the related case of SEC v. Sells, C 11-4941 CW, which has already been referred to him.  Counsel will be advised of the date, time and place of any appearance by notice from Magistrate Judge Cousins. In addition, the Sells case is referred to Magistrate Judge Cousins for an early settlement conference, with the agreement of the parties.

Dated: 10/24/2012

CLAUDIA WILKEN
United States District Judge

cc:   MagRef; NC