# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SELLS, and others<br><br>Defendants. | Case No. 11-cv-04941 CW (NC)<br><br>**ORDER REQUESTING DOCUMENTS RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 88 |

Defendant Timothy Murawski and the SEC filed a joint discovery letter brief in which Murawski requests an order compelling the SEC to respond to interrogatories 8-10, which seek the substance of the SEC's interviews of nonparties Sonia Stahl, Traci Davis, and Dan Griffin. The SEC argues that the interrogatories improperly seek protected work product and that Murawksi has failed to demonstrate a substantial need for the information and that the information he seeks is unavailable by other means.

By February 1, 2013 at 5:00 p.m., Murawski must file in ECF a copy of the interrogatories at issue and any responses that the SEC has provided to date.

IT IS SO ORDERED.

Date: January 30, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-04941 CW (NC)
ORDER REQUESTING
DOCUMENTS