IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRISTOPHER SELLS, et al.,<br><br>    Defendants. | No. C 11-4941 CW<br><br>ORDER CONCERNING PLAINTIFF'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF A MAGISTRATE JUDGE (Docket No. 92) |

On February 11, 2013, Plaintiff Securities and Exchange Commission filed a motion for relief from a non-dispositive order of a magistrate judge (Docket No. 92). The Court defers its decision on the motion until Defendant Tim Murawski has had an opportunity to respond. Defendant may file a response of no more than five pages within seven days of this order. In his response, Murawski should explain why he is unable to obtain the information requested in Interrogatories 8-10 through depositions. The Court will decide the motion on the papers.

IT IS SO ORDERED.

Dated: 2/25/2013

CLAUDIA WILKEN
United States District Judge