IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

  v.

CHRISTOPHER SELLS and TIMOTHY MURAWSKI,

      Defendants.
_____/

No. C 11-4941 CW

ORDER ADDRESSING BRIEFING SCHEDULE

On October 17, 2013, Defendant Christopher Sells timely filed a redacted motion for partial summary judgment and an administrative motion to seal and noticed a hearing for November 21, 2013. Docket No. 115. On October 22, 2013, Defendant filed another motion for partial summary judgment but neglected to identify that motion as the unredacted version of the prior motion. Docket No. 120. That same day, Defendant filed a notice of withdrawal of his administrative motion to seal; this notice did identify the re-filed motion as the unredacted version of the prior motion. Docket No. 119.

The new filing triggered a delayed briefing schedule that would not provide the Court with fourteen days preparation time as required by the Local Rules. The parties are directed to attempt to stipulate to a briefing and hearing schedule that complies with the Local Rules. If the parties are unable to reach a

stipulation, Plaintiff must file an administrative motion for relief from the original briefing schedule.

IT IS SO ORDERED.

Dated: 10/30/2013

CLAUDIA WILKEN
United States District Judge