JINA L. CHOI (Admitted to N.Y. Bar)
SHEILA E. O'CALLAGHAN (CA Bar No. 131032)
 ocallaghans@sec.gov
SUSAN F. LaMARCA (CA Bar No. 215231)
 lamarcas@sec.gov
LLOYD A. FARNHAM (CA Bar No. 202231)
 farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SELLS and TIMOTHY MURAWSKI,<br><br>Defendants. | Case No. C-11-04941-CW (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE AND CASE MANAGEMENT CONFERENCE DATE**<br><br>Requested Date: December 5, 2013<br>Requested Time:      2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>             Hon. Claudia Wilken |

WHEREAS, the Court issued an Order Addressing Briefing Schedule on October 30, 2013, (Dkt. 122) directing the parties to attempt to stipulate to a briefing and hearing schedule in connection with Defendant Christopher Sells' motion for partial summary judgment;

WHEREAS, the hearing on the motion is currently scheduled for November 21, 2013;

WHEREAS, a further case management conference is also currently scheduled for November, 21, 2013, and for efficiency the parties believe that the conference should occur on the same date as the hearing on the motion;

NOW, THEREFORE, the parties hereby stipulate and request the Court to order that the briefing schedule and hearing date on the motion for partial summary judgment and the case management conference be set as follows:

| | |
|---|---|
| Deadline for SEC to file Opposition | November 7, 2013 |
| Deadline for Sells to file Reply | November 20, 2013 |
| Hearing and CMC Conference | December 5, 2013 |

DATED: October 31, 2013         Respectfully submitted,

  /s/ *Sheila E. O'Callaghan*
Sheila E. O'Callaghan
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

  /s/ *Sarah A. Good*
Sarah A. Good
PILLSBURY WINTHROP SHAW PITTMAN LLP
Attorneys for Defendant
CHRISTOPHER SELLS

  /s/ *Jennifer A. Huber*
Jennifer A. Huber
KEKER & VAN NEST, LLP
Attorneys for Defendant
TIMOTHY MURAWSKI

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated:  11/4/2013

_____
Hon. Claudia Wilken
United States District Judge

1
2   The Commission's counsel of record, Sheila E. O'Callaghan, hereby attests that Sarah A. Good
3   and Jennifer A. Huber concur in the filing of this Stipulation and in accordance with General Order No.
4   45, Electronic Case Filing, Section 10(b).