IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRISTOPHER SELLS,<br><br>          Defendant.<br>_____/ | No. C 11-04941 CW<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

   IT IS HEREBY ORDERED that the case management conference is vacated.  The parties shall inform the Court of the status of the settlement in writing, on or before February 12, 2014.

Dated: 2/3/2014

CLAUDIA WILKEN
United States District Judge